**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: TEMPLE CB, LLC       §     Case No. 17-10301
                            §
                            §
                            §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

       CAROLYN A. DYE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,462,633.75 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,059,850.38 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $960,059.25 | | |

       3) Total gross receipts of $8,019,909.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,019,909.63 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,101,962.00 | $6,852,806.06 | $6,291,491.84 | $6,291,491.84 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,084,693.92 | $1,080,940.33 | $960,059.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,277,019.00 | $1,504,652.72 | $1,404,460.93 | $768,358.54 |
| **TOTAL DISBURSEMENTS** | $6,378,981.00 | $9,442,152.70 | $8,776,893.10 | $8,019,909.63 |

   4) This case was originally filed under chapter 11 on 01/10/2017, and it was converted to chapter 7 on 03/17/2017. The case was pending for 56 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/23/2021          By: /s/ CAROLYN A. DYE
                                               Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4350 TEMPLE CITY BLVD., EL MONTE, CA 91731 | 1110-000 | $8,000,000.00 |
| RENT FROM 4350 TEMPLE CITY BLVD. (ASSET 7) | 1122-000 | $10,000.00 |
| 2014 CALIFORNIA INCOME TAX REFUND | 1224-000 | $2,589.81 |
| 2014 FEDERAL INCOME TAX REFUND | 1224-000 | $4,368.25 |
| 2015 FEDERAL INCOME TAX REFUND | 1224-000 | $1,128.52 |
| BANK OF AMERICA - ACCOUNT NOS. x0331 AND x5841 | 1229-000 | $1,823.05 |
| **TOTAL GROSS RECEIPTS** | | **$8,019,909.63** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01 | THE EVERGREEN ADVANTAGE, LLC | 4110-000 | $5,101,962.00 | $6,402,806.06 | $5,991,491.84 | $5,991,491.84 |
| 01 | THE EVERGREEN ADVANTAGE, LLC | 4110-000 | $0.00 | $450,000.00 | $300,000.00 | $300,000.00 |
| | **TOTAL SECURED** | | **$5,101,962.00** | **$6,852,806.06** | **$6,291,491.84** | **$6,291,491.84** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - CAROLYN A. DYE | 2100-000 | NA | $263,847.29 | $263,847.29 | $263,847.29 |
| Trustee, Expenses - CAROLYN A. DYE | 2200-000 | NA | $317.70 | $317.70 | $317.70 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $820.20 | $820.20 | $820.20 |
| Costs re Sale of Property - A & A ESCROW SERVICES, INC. | 2500-000 | NA | $7,362.81 | $7,362.81 | $7,362.81 |
| Costs re Sale of Property - ARCHIVE IT! | 2500-000 | NA | $29.00 | $29.00 | $29.00 |
| Costs re Sale of Property - FIRST AMERICAN TITLE COMPANY | 2500-000 | NA | $4,913.50 | $4,913.50 | $4,913.50 |
| Costs re Sale of Property - MYNHD | 2500-000 | NA | $150.00 | $150.00 | $150.00 |
| Banking and Technology Service Fee - UNION BANK | 2600-000 | NA | $17,627.09 | $17,627.09 | $17,627.09 |
| Income Taxes - Internal Revenue Service (post-petition) - UNITED STATES TREASURY | 2810-000 | NA | $67,371.00 | $67,371.00 | $67,371.00 |
| Other State or Local Taxes (post-petition) - COUNTY OF LOS ANGELES | 2820-000 | NA | $8,800.00 | $8,800.00 | $8,800.00 |
| Other State or Local Taxes (post-petition) - LOS ANGELES COUNTY TAX COLLECTOR | 2820-000 | NA | $28,085.52 | $24,331.93 | $24,331.93 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| Other State or Local Taxes (post-petition) - WITHDRAWN | 2820-000 | NA | $800.00 | $800.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) - DUMAS & KIM, APC | 3210-000 | NA | $120,081.08 | $120,081.08 | $118,673.00 |
| Attorney for Trustee Expenses (Other Firm) - DUMAS & KIM, APC | 3220-000 | NA | $120,081.08 | $120,081.08 | $1,408.08 |
| Accountant for Trustee Fees (Other Firm) - LEA ACCOUNTANCY, LLP | 3410-000 | NA | $42,132.65 | $42,132.65 | $42,132.65 |
| Realtor for Trustee Fees (Real Estate Commissions) - COLDWELL BANKER | 3510-000 | NA | $100,000.00 | $100,000.00 | $100,000.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - HANECAK, P.C. | 3510-000 | NA | $200,000.00 | $200,000.00 | $200,000.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Realtor for Trustee Fees (Real Estate Commissions) - MAJOR PROPERTIES | 3510-000 | NA | $100,000.00 | $100,000.00 | $100,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,084,693.92** | **$1,080,940.33** | **$960,059.25** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 04 | FTB - ZEROED OUT | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01 | THE EVERGREEN ADVANTAGE, LLC | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $150,000.00 |
| 05 | JM PARTNERS, LLC | 7100-000 | $24,750.00 | $24,750.00 | $24,750.00 | $24,750.00 |
| 06 | DUP OF 5 | 7100-000 | $0.00 | $24,750.00 | $24,750.00 | $0.00 |
| 07 | U.S. CONSTRUCTION HOLDINGS | 7200-000 | $250,000.00 | $250,000.00 | $250,000.00 | $118,199.99 |
| 07 | UNITED STATES BANKRUPTCY COURT - U.S. CONSTRUCTION HOLDINGS | 7200-001 | NA | NA | NA | $2,505.64 |
| 08 | UW INTERNATIONAL CORP. | 7200-000 | $450,094.00 | $450,094.00 | $450,094.00 | $212,804.43 |
| 08 | UNITED STATES BANKRUPTCY COURT - UW INTERNATIONAL CORP. | 7200-001 | NA | NA | NA | $4,511.09 |
| 09 | TRC INTERNATIONAL CORP. | 7200-000 | $482,000.00 | $482,000.00 | $482,000.00 | $227,889.58 |
| 09 | UNITED STATES BANKRUPTCY COURT - TRC INTERNATIONAL CORP. | 7200-001 | NA | NA | NA | $4,830.88 |
| 10 | FULCRUM RESOURCES, INC. | 7200-000 | $0.00 | $122,088.28 | $0.00 | $0.00 |
| 12 | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $970.44 | $970.44 | $970.44 |
| CA TAX | STATE OF CALIFORNIA FRANCHISE TAX BOARD | 7100-000 | NA | $0.00 | $21,896.49 | $21,896.49 |

| N/F | DEPT. OF TOXIC WASTES SUBS. CONTROL | 7100-000 | $70,175.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,277,019.00** | **$1,504,652.72** | **$1,404,460.93** | **$768,358.54** |

Form 1

# Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

Case No.:  17-10301

Case Name:  TEMPLE CB, LLC

For Period Ending:  11/23/2021

Trustee Name:  (002170) CAROLYN A. DYE

Date Filed (f) or Converted (c):  03/17/2017 (c)

§ 341(a) Meeting Date:  05/01/2017

Claims Bar Date:  08/07/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCT - BANK OF AMERICA, x3906 | 1,020.73 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCT - CHASE, x6705 | 508.01 | 0.00 | | 0.00 | FA |
| 3 | SAVINGS ACCT - CHASE, x2861 | 88.01 | 0.00 | | 0.00 | FA |
| 4 | RENTAL DEPOSIT - TEAMRISE INTERNATIONAL, INC. | 10,387.00 | 0.00 | | 0.00 | FA |
| 5 | QUI & C C CORP - MONTHLY RENTAL INCOME | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | CROWN MARKETING 80,000,000 SHARES<br>DISCOUNT FROM PUBLICLY TRADED PRICE OF $0.005, AS RESTRICTED.  CROWN IS aka AMERICAN GREAT HEALTH.<br><br>TRUSTEE FILED AN ADVERSARY ON 01/30/18 AGAINST THE DEBTOR'S PRINCIPAL, JAY HOOPER ("HOOPER"), AND HIS SOLELY OWNED COMPANY, CROWN LABORATORY, INC. ("CROWN") FOR, AMONG OTHER THINGS, FRAUDULENT TRANSFERS AND BREACH OF FIDUCIARY DUTY.  THE ADVERSARY WAS SETTLED BY STIPULATED MONEY JUDGMENT AGAINST HOOPER FOR $750,000.  HOOPER WAS ALSO REQUIRED TO TURNOVER THE CROWN STOCK TO THE ESTATE.  HE COMPLIED AND TURNED OVER STOCK CERTIFICATE NO. 1423-3 FOR 80 MILLION SHARES OF COMMON STOCK.  AFTER INVESTIGATION, TRUSTEE CONFIRMED THAT THE STOCK, ALTHOUGH LISTED IN THE OTC BULLETIN BOARD AS CWNM.OB (WITH AN APPLICATION TO CHANGE THE NAME TO GREAT AMERICAN HEALTH TRADING AS AAGH), HAD NO ACTIVE MARKET MAKER, HAD<br><br>NO RECENT TRADING HISTORY AND WAS VIRTUALLY WORTHLESS.  SEE ALSO, FORM 1 NOTES.<br><br>TRUSTEE FILED A MOTION TO CLOSE THE CASE WITH AN UNADMINISTERED ASSET CONSISTING OF THE CROWN STOCK AND THE MONEY JUDGMENT.  [DOCKET 182 (MOTION) AND 185 (ORDER).] | 80,000.00 | 0.00 | | 0.00 | FA |
| 7 | 4350 TEMPLE CITY BLVD., EL MONTE, CA 91731<br>NET BOOK VALUE OF DEBTOR'S INTEREST: $2,300,000.00 PER APPRAISAL.<br><br>SOLD - ORDER ENTERED 11/20/17. [DOCKET NOS. 101 (MOTION), 113 (ORDER) AND 195 (REPORT OF SALE).] | 12,000,000.00 | 1,079,000.00 | | 8,000,000.00 | FA |
| 8 | CROWN LABORATORY, INC.<br>TOTAL FACE AMOUNT 1,368,630 - DOUBTFUL TO BE COLLECTABLE AMOUNT 0.00 = 1,368,630 SEE ASSET 6. | 1,368,630.00 | 100.00 | | 0.00 | FA |
| 9 | BANK OF AMERICA - ACCOUNT NOS. x0331 AND x5841 (u)<br>TRUSTEE CLOSED THE DEBTOR'S BANK ACCOUNTS - BANK OF AMERICA REMITTED ONE CHECK FOR TWO ACCOUNTS (x0331 - $100; x5841 - $1,723.05) | 0.00 | 1,823.05 | | 1,823.05 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| Case No.: 17-10301 | Trustee Name: (002170) CAROLYN A. DYE |
| Case Name: TEMPLE CB, LLC | Date Filed (f) or Converted (c): 03/17/2017 (c) |
| | § 341(a) Meeting Date: 05/01/2017 |
| For Period Ending: 11/23/2021 | Claims Bar Date: 08/07/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | RENT FROM 4350 TEMPLE CITY BLVD. (ASSET 7)<br>THE DEBTOR TURNED OVER RENTS COLLECTED FROM TENANTS PRIOR TO THE CONVERSION AND SOME COLLECTED AROUND THAT SAME TIME. TRUSTEE FILED A MOTION TO OPERATE THE PROPERTY ON A LIMITED BASIS TO ALLOW COLLECTION OF THE RENTS ONLY WHILE THE PROPERTY WAS BEING MARKETED. THE BUILDINGS WERE UNINSURED IN THE CHAPTER 11 AND UNINSURABLE DUE TO THEIR CONDITION. THE TENANTS WERE IN THE PROCESS OF MOVING OUT SINCE THERE WERE NO UTILITIES AND NO CONDITIONAL USE PERMIT. IN ADDITION, THE BUILDING WAS APPARENTLY USED PRIMARILY FOR STORAGE AND THE STORED ITEMS WERE FLAMMABLE AND THERE WAS NO FIRE SAFETY SYSTEM IN PLACE. (TRUSTEE MADE IMMEDIATE DEMAND FOR ALL TO VACATE THE PREMISES.) ACCESS TO THE BUILDINGS WAS CONTROLLED BY TRUSTEE'S REAL ESTATE BROKER AND THE DEBTOR'S PRINCIPAL, MR. HOOPER, WAS PROVIDING SECURITY. ULTIMATELY, THE CITY OF EL MONTE DEEMED THE PROPERTY TO BE UNSAFE TO OCCUPY AND DENIED ACCESS TO ALL.<br><br>TO COLLECT THE RENTS, TRUSTEE FILED AN APPLICATION TO OPERATE THE PROPERTY ON A LIMITED BASIS WHICH WAS GRANTED BY ORDER ENTERED 09/21/17. [DOCKET NOS. 90 (APPLICATION) AND 95 (ORDER).] | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 11 | 2014 CALIFORNIA INCOME TAX REFUND (u)<br>TRUSTEE'S ACCOUNTANT FILED AN AMENDED 2014 CALIFORNIA TAX RETURN AND RECOVERED THIS REFUND. | 0.00 | 2,589.81 | | 2,589.81 | FA |
| 12 | 2014 FEDERAL INCOME TAX REFUND (u)<br>TRUSTEE'S ACCOUNTANT FILED AN AMENDED 2014 FEDERAL TAX RETURN AND RECOVERED THIS REFUND. | 0.00 | 4,368.25 | | 4,368.25 | FA |
| 13 | 2015 FEDERAL INCOME TAX REFUND (u)<br>TRUSTEE'S ACCOUNTANT FILED AN AMENDED 2015 FEDERAL TAX RETURN AND RECOVERED THIS REFUND. | 0.00 | 1,128.52 | | 1,128.52 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$13,462,633.75** | **$1,099,009.63** | | **$8,019,909.63** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| **Case No.:** 17-10301 | **Trustee Name:** (002170) CAROLYN A. DYE |
| **Case Name:** TEMPLE CB, LLC | **Date Filed (f) or Converted (c):** 03/17/2017 (c) |
| | **§ 341(a) Meeting Date:** 05/01/2017 |
| **For Period Ending:** 11/23/2021 | **Claims Bar Date:** 08/07/2017 |

**Major Activities Affecting Case Closing:**

FINAL REPORT NOTES:

THE ESTATE'S TAX RETURNS FILED / ACCEPTED. (INTERNAL REVENUE SERVICE PROMPT DETERMINATION UNDER 11 U.S.C. § 505(b) FOR TAX YEAR ENDED 12/31/18 FILED WITH THE COURT ON 04/05/19, DOCKET 181.)

TRUSTEE MADE AN INTERIM DISTRIBUTION OF $734,769 TO CLAIMANTS ON 12/13/18 PURSUANT TO AN ORDER ENTERED 12/11/18. [DOCKET NOS. 159 (MOTION) AND 162 (ORDER).] THE TIMELY FILED GENERAL UNSECURED CLAIMS WERE PAID IN FULL AND THE TARDILY FILED UNSECURED CLAIMS RECEIVED A 47.280% DISTRIBUTION.

FINAL REPORT SUBMITTED 07/17/20.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE NOTES IN DESCENDING ORDER:

ANNUAL REPORTING PERIOD ENDED 12/31/20:

TFR SUBMITTED 07/17/20; HEARING HELD 10/13/20; ORDER ENTERED 10/30/20; CHECKS CUT 11/02/20. AS OF 01/13/21 THERE REMAIN THREE OUTSTANDING CHECKS.

ANNUAL REPORTING PERIOD ENDED 12/31/19:

ASSET 6 - THE SETTLEMENT AGREEMENT WITH HOOPER ALSO GAVE HIM UNTIL 12/31/18 TO OBTAIN THE CONSENT OF THE CREDITORS HOLDING SUBORDINATED UNPAID CLAIMS TO A DISMISSAL OF THE CASE. IF THERE WAS A DISMISSAL, THOSE CREDITORS WOULD BE ASSIGNED A PRO RATA SHARE OF THE STOCK AND THE JUDGMENT AGAINST HOOPER WHICH WAS DEEMED TO BE A BETTER RESULT FOR THEM THAN HAVING THE ESTATE RETAIN THE JUDGMENT. HOWEVER, NO AGREEMENT COULD BE REACHED. AS A RESULT, TRUSTEE FILED A MOTION TO CLOSE THE ESTATE WITH AN UNADMINISTERED ASSET WHICH WAS GRANTED BY ORDER ENTERED 08/06/19. [DOCKET 182 (MOTION) AND 185 (ORDER).]

ANNUAL REPORTING PERIOD ENDED 12/31/18:

ASSET 6 - AN ADVERSARY WAS FILED AGAINST THE DEBTOR'S PRINCIPAL, JAY HOOPER ("HOOPER"), AND HIS SOLELY OWNED COMPANY, CROWN LABORATORY, INC. ("CROWN"). THE ADVERSARY WAS SETTLED BY A STIPULATED MONEY JUDGMENT AGAINST HOOPER IN THE AMOUNT OF $750,000. THE JUDGMENT ALSO INCLUDED A PROVISION FOR HOOPER TO TURNOVER THE CROWN STOCK TO THE ESTATE. THE SETTLEMENT ALSO CONTEMPLATED THAT IF TRUSTEE WAS UNABLE TO EITHER COLLECT THE STIPULATED JUDGMENT FROM HOOPER AND/OR LIQUIDATE THE CROWN STOCK, THE CASE WOULD BE DISMISSED, WITH AN ASSIGNMENT OF THE JUDGMENT AND STOCK TO THE REMAINING CREDITORS OF A PRO RATA PORTION OF THE JUDGMENT IN FURTHER SATISFACTION OF THEIR CLAIMS. [ADV. NO. 2:18-ap-01024-BR, FILED 01/30/18, DOCKET NO. 15 (JUDGMENT) AND THE ADVERSARY WAS CLOSED ON 12/20/18, ADV. DOCKET NO. 17).] THE COMPROMISE WAS APPROVED IN THE MAIN CASE BY ORDER ENTERED 10/17/18. [DOCKET NOS. 153 (MOTION) AND 157 (ORDER).]

TRUSTEE MADE AN INTERIM DISTRIBUTION TO CREDITORS SATISFYING ALL TIMELY FILED CLAIMS IN FULL AND MAKING A 47.280% DISTRIBUTION ON THE THREE LATE FILED CLAIMS ("REMAINING CREDITORS"). TRUSTEE HAS DETERMINED THE STOCK RECEIVED IS WORTHLESS AND THAT ANY ASSETS HOOPER HAS ARE LIKELY TO BE OFFSHORE. ON BALANCE, THE LIKELY COST OF

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 4

**Case No.:** 17-10301　　　　　　　　　　　　　　　　　　　　　　　　　　**Trustee Name:** (002170) CAROLYN A. DYE
**Case Name:** TEMPLE CB, LLC　　　　　　　　　　　　　　　　　　**Date Filed (f) or Converted (c):** 03/17/2017 (c)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§ 341(a) Meeting Date:** 05/01/2017
**For Period Ending:** 11/23/2021　　　　　　　　　　　　　　　　　　　**Claims Bar Date:** 08/07/2017

ATTEMPTING TO IDENTIFY AND RETRIEVE SUCH ASSETS VERSUS THE RISK OF BEING UNSUCCESSFUL DOES NOT WARRANT SUCH EXPENDITURE BY THE ESTATE. ACCORDINGLY, TRUSTEE WILL SEEK A DISMISSAL OF THE CASE AS PROVIDED FOR IN THE SETTLEMENT WITH THE PRINCIPAL, HOOPER, AFTER PAYMENT OF THE ACCRUED PROFESSIONAL FEES, WITH A PRO RATA ASSIGNMENT OF THE JUDGMENT TO THE THREE REMAINING CREDITORS.

ANNUAL REPORTING PERIOD ENDED 12/31/17:

ASSET 7 - UPON CONVERSION, TRUSTEE RECEIVED INFORMATION THAT THE REAL PROPERTY WAS PLAGUED BY VARIOUS ENVIRONMENTAL ISSUES, WHICH PROVED TO BE TRUE. HOWEVER, TRUSTEE'S BROKER BELIEVED THE PROPERTY COULD BE SOLD IF THE ENVIRONMENTAL CONCERNS COULD BE ADDRESSED. AS A RESULT, TRUSTEE EMPLOYED HER BROKER TO MARKET THE PROPERTY AND RECEIVED THREE OFFERS, TWO OF WHICH WERE WITHDRAWN AFTER THE PROBLEMS WITH THE PROPERTY WERE DEEMED TO BE UNACCEPTABLE TO THE PROPOSED BUYERS. A THIRD OFFER WAS RECEIVED FOR $8,000,000 AND A SALE CONCLUDED. THE COURT APPROVED THE SALE BY ORDER ENTERED 11/20/17. [DOCKET NOS. 101 (MOTION), 104 (NOTICE RE HEARING DATE), 106 (DEBTOR'S OPPOSITION TO SALE MOTION) 113 (ORDER).]

THE LENDER, THE EVERGREEN ADVANTAGE, LLC, ASSERTED AN ADDITIONAL LIEN OF $450,000 WHICH WAS DISPUTED. THE LIEN WAS SETTLED FOR $300,000 AND EVERGREEN WAS ALSO ALLOWED A $150,000 GENERAL UNSECURED CLAIM. [DOCKET NOS. 118 (STIPULATION RE PAYMENT OF SECURED PORTION - $300,000), 119 (MOTION FIR RE POC 1) AND 126 (ORDER).] THE $300,000 LIEN WAS PAID ON 01/30/18, CHECK NO. 1001, AND THE GENERAL UNSECURED CLAIM RECEIVED A DISTRIBUTION THROUGH TRUSTEE'S INTERIM DISTRIBUTION.

ASSET 6 - TRUSTEE IS INVESTIGATING THE CLAIM AND POSSIBLE LIABILITY OF THE DEBTOR'S PRINCIPAL.

**Initial Projected Date Of Final Report (TFR):** 03/17/2020　　　　**Current Projected Date Of Final Report (TFR):** 07/17/2020 (Actual)

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 17-10301 | | Trustee Name: | CAROLYN A. DYE (002170) |
|---|---|---|---|---|
| Case Name: | TEMPLE CB, LLC | | Bank Name: | UNION BANK |
| Taxpayer ID #: | | | Account #: | ******6526 Checking Account |
| For Period Ending: | 11/23/2021 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/14/17 | {10} | TEMPLE CB, LLC | TURNOVER OF THREE MONTHS RENT | 1122-000 | 6,000.00 | | 6,000.00 |
| 07/17/17 | {10} | TEMPLE CB, LLC | RENT | 1122-000 | 2,000.00 | | 8,000.00 |
| 07/25/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 7,985.00 |
| 08/21/17 | {10} | TEMPLE CB, LLC | RENT | 1122-000 | 2,000.00 | | 9,985.00 |
| 08/25/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 9,970.00 |
| 09/25/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 9,955.00 |
| 10/25/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 9,940.00 |
| 11/09/17 | {9} | BANK OF AMERICA | CLOSE DEBTOR'S ACCOUNT NOS. x0331 ($100) AND x5841 ($1,723.05) | 1229-000 | 1,823.05 | | 11,763.05 |
| 11/27/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 11,748.05 |
| 11/30/17 | | A & A ESCROW SERVICES, INC. | NET PROCEEDS FROM SALE OF 4350 TEMPLE CITY BLVD., EL MONTE, CA 91731 | | 1,379,197.43 | | 1,390,945.48 |
| | | ARCHIVE IT! | File archive fee -$29.00 | 2500-000 | | | |
| | | A & A ESCROW SERVICES, INC. | Messenger / FedEx fees -$12.81 | 2500-000 | | | |
| | | A & A ESCROW SERVICES, INC. | Drawing documentation fee -$75.00 | 2500-000 | | | |
| | | A & A ESCROW SERVICES, INC. | 1099 Processing fee -$75.00 | 2500-000 | | | |
| | | A & A ESCROW SERVICES, INC. | Escrow fee -$7,200.00 | 2500-000 | | | |
| | | LOS ANGELES COUNTY TAX COLLECTOR | Debit of $827.65 for first half property taxes 2017-2018 (APN 041) AT $827.65 / semi-annually; Credit of $151.74 for 11/29/17 to 01/01/18 -$675.91 | 2820-000 | | | |
| | | LOS ANGELES COUNTY TAX COLLECTOR | Debit of $28,770.84 for first half property taxes 2017-2018 (APN 028) AT $28,770.84 / semi-annually; Credit of $5,114.82 for 11/29/17 to 01/01/18 -$23,656.02 | 2820-000 | | | |
| | | COUNTY OF LOS ANGELES | Transfer tax -$8,800.00 | 2820-000 | | | |
| | | FIRST AMERICAN TITLE COMPANY | Miscellaneous recording fees -$36.00 | 2500-000 | | | |
| | | FIRST AMERICAN TITLE COMPANY | Sub-escrow fee -$62.50 | 2500-000 | | | |
| | | FIRST AMERICAN TITLE COMPANY | Wire fee -$15.00 | 2500-000 | | | |

Page Subtotals:    $1,391,020.48    $75.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| | | Form 2 | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| | | Cash Receipts And Disbursements Record | | | | Page: 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 17-10301 | | Trustee Name: | | CAROLYN A. DYE (002170) | |
| Case Name: | TEMPLE CB, LLC | | Bank Name: | | UNION BANK | |
| Taxpayer ID #: | | | Account #: | | ******6526 Checking Account | |
| For Period Ending: | 11/23/2021 | | Blanket Bond (per case limit): | | $5,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | FIRST AMERICAN TITLE COMPANY | Owners title insurance policy  -$4,800.00 | 2500-000 | | | |
| | | FRANCHISE TAX BOARD | California withholding tax  -$183,723.49 | 7100-000 | | | |
| | | MYNHD | NHD Report  -$150.00 | 2500-000 | | | |
| | | MAJOR PROPERTIES | Real estate broker commission; Paid pursuant to Orders entered 07/28/17 (employ) and 11/20/17 (sale)  -$100,000.00 | 3510-000 | | | |
| | | HANECAK, P.C. | Real estate broker commission; Paid pursuant to Orders entered 07/28/17 (employ) and 11/20/17 (sale)  -$200,000.00 | 3510-000 | | | |
| | | COLDWELL BANKER | Real estate broker commission; Paid pursuant to Orders entered 07/28/17 (employ) and 11/20/17 (sale)  -$100,000.00 | 3510-000 | | | |
| | | THE EVERGREEN ADVANTAGE, LLC | Foreclosure fees and expenses  -$21,793.74 | 4110-000 | | | |
| | | THE EVERGREEN ADVANTAGE, LLC | Late charges  -$125,182.50 | 4110-000 | | | |
| | | THE EVERGREEN ADVANTAGE, LLC | Interest on advances  -$259.65 | 4110-000 | | | |
| | | THE EVERGREEN ADVANTAGE, LLC | Advances  -$854.70 | 4110-000 | | | |
| | | THE EVERGREEN ADVANTAGE, LLC | Interest on principal balance to 11/30/17  -$1,343,401.25 | 4110-000 | | | |
| | | THE EVERGREEN ADVANTAGE, LLC | Principal balance  -$4,500,000.00 | 4110-000 | | | |
| | {7} | EL MONTE SS PROPERTIES, LLC | Gross sales proceeds  $8,000,000.00 | 1110-000 | | | |
| 12/26/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 16.13 | 1,390,929.35 |
| 01/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2,067.36 | 1,388,861.99 |
| 01/30/18 | 1001 | THE EVERGREEN ADVANTAGE, LLC | SECURED CLAIM PER STIPULATION RE SALE OF 4350 TEMPLE BLVD., EL MONTE, CALIFORNIA; PAID PURSUANT TO ORDER ENTERED 01/29/18 | 4110-000 | | 300,000.00 | 1,088,861.99 |
| 02/26/18 | 1002 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM (01/04/18 - 01/04/19; BOND NO. 016030866); PAID PURSUANT TO LBR 2016-2(b)(1) | 2300-000 | | 743.16 | 1,088,118.83 |
| 02/26/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2,066.65 | 1,086,052.18 |

Page Subtotals:    $0.00    $304,893.30

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 2:17-bk-10301-BR    Doc 219    Filed 12/20/21    Entered 12/20/21 16:00:10    Desc
Main Document    Page 14 of 18

| | | | Form 2 | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| | | | Cash Receipts And Disbursements Record | | | Page: 3 |

| Case No.: | 17-10301 | Trustee Name: | CAROLYN A. DYE (002170) |
|---|---|---|---|
| Case Name: | TEMPLE CB, LLC | Bank Name: | UNION BANK |
| Taxpayer ID #: | | Account #: | ******6526 Checking Account |
| For Period Ending: | 11/23/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/18 | 1003 | UNITED STATES TREASURY | 2017 FEDERAL INCOME TAX (EIN 90-0904968); PAID PURSUANT TO ORDER ENTERED 02/23/18 | 2810-000 | | 67,371.00 | 1,018,681.18 |
| 03/26/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1,518.92 | 1,017,162.26 |
| 03/27/18 | 1004 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 03/26/18 | 3410-000 | | 23,952.00 | 993,210.26 |
| 03/27/18 | 1005 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 03/26/18 | 3420-000 | | 369.11 | 992,841.15 |
| 03/27/18 | 1006 | CAROLYN A. DYE | TRUSTEE COMPENSATION; PAID PURSUANT TO ORDER ENTERED 03/26/18 | 2100-000 | | 200,000.00 | 792,841.15 |
| 03/29/18 | 1007 | DUMAS & KIM, APC | ATTORNEY FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 03/26/18 | 3210-000 | | 84,245.00 | 708,596.15 |
| 03/29/18 | 1008 | DUMAS & KIM, APC | ATTORNEY FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 03/26/18 | 3220-000 | | 327.50 | 708,268.65 |
| 04/10/18 | {13} | UNITED STATES TREASURY | 2015 FEDERAL INCOME TAX REFUND | 1224-000 | 1,128.52 | | 709,397.17 |
| 04/10/18 | {12} | UNITED STATES TREASURY | 2014 FEDERAL INCOME TAX REFUND | 1224-000 | 4,368.25 | | 713,765.42 |
| 04/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1,477.59 | 712,287.83 |
| 05/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1,023.59 | 711,264.24 |
| 06/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1,058.33 | 710,205.91 |
| 07/02/18 | | STATE OF CALIFORNIA | 2017 CALIFORNIA INCOME TAX REFUND (PARTIAL REFUND OF TAX PAID THROUGH ESCROW FROM TRUSTEE'S SALE OF 4350 TEMPLE CITY BLVD., EL MONTE, CA 91731) | 7100-000 | | -161,827.00 | 872,032.91 |
| 07/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1,022.75 | 871,010.16 |
| 08/21/18 | {11} | STATE OF CALIFORNIA | 2014 CALIFORNIA INCOME TAX REFUND | 1224-000 | 2,589.81 | | 873,599.97 |
| 08/27/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1,280.24 | 872,319.73 |
| 09/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1,295.52 | 871,024.21 |
| 10/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1,254.33 | 869,769.88 |
| 11/26/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1,294.18 | 868,475.70 |
| 12/13/18 | 1009 | FRANCHISE TAX BOARD | ADMINISTRATIVE TAX CLAIM (POC 11); PAID PURSUANT TO ORDER ENTERED 12/11/18 | 2820-000 | | 800.00 | 867,675.70 |
| 12/13/18 | 1010 | UNITED STATES TRUSTEE | U.S. TRUSTEE'S CLAIM FOR UNPAID QUARTERLY FEES (POC 3); PAID PURSUANT TO ORDER ENTERED 12/11/18 | 2950-000 | | 325.00 | 867,350.70 |

Page Subtotals: $8,086.58  $226,788.06

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2      Exhibit 9

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 17-10301 | Trustee Name: | CAROLYN A. DYE (002170) |
|---|---|---|---|
| Case Name: | TEMPLE CB, LLC | Bank Name: | UNION BANK |
| Taxpayer ID #: |  | Account #: | ******6526 Checking Account |
| For Period Ending: | 11/23/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/13/18 | 1011 | THE EVERGREEN ADVANTAGE, LLC | FIRST AND FINAL DISTRIBUTION ON TIMELY FILED GENERAL UNSECURED CLAIM NO. 1 - PAID AT 100%; PAID PURSUANT TO ORDER ENTERED 12/11/18 | 7100-000 |  | 150,000.00 | 717,350.70 |
| 12/13/18 | 1012 | JM PARTNERS LLC | FIRST AND FINAL DISTRIBUTION ON TIMELY FILED GENERAL UNSECURED CLAIM NO. 5 - PAID AT 100%; PAID PURSUANT TO ORDER ENTERED 12/11/18 | 7100-000 |  | 24,750.00 | 692,600.70 |
| 12/13/18 | 1013 | US CONSTRUCTION HOLDINGS | FIRST AND FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 7 - PAID AT 47.280%; PAID PURSUANT TO ORDER ENTERED 12/11/18 | 7200-000 |  | 118,199.99 | 574,400.71 |
| 12/13/18 | 1014 | UW INTERNATIONAL CORP. | FIRST AND FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 8 - PAID AT 47.280%; PAID PURSUANT TO ORDER ENTERED 12/11/18 | 7200-000 |  | 212,804.43 | 361,596.28 |
| 12/13/18 | 1015 | TRC INTERNATIONAL CORP. | FIRST AND FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 9 - PAID AT 47.280%; PAID PURSUANT TO ORDER ENTERED 12/11/18 | 7200-000 |  | 227,889.58 | 133,706.70 |
| 12/26/18 |  | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 |  | 1,250.73 | 132,455.97 |
| 01/25/19 |  | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 |  | 925.77 | 131,530.20 |
| 02/25/19 | 1016 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM (01/04/19 - 01/04/20; BOND NO. 016030866) PAID PURSUANT TO LBR 2016-2(b)(1) | 2300-000 |  | 59.20 | 131,471.00 |
| 03/27/19 | 1017 | DUMAS & KIM, APC | ATTORNEY FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 03/27/19 | 3210-000 |  | 30,755.00 | 100,716.00 |
| 03/27/19 | 1018 | DUMAS & KIM, APC | ATTORNEY FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 03/27/19 | 3220-000 |  | 1,068.48 | 99,647.52 |
| 03/27/19 | 1019 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 03/27/19 | 3410-000 |  | 17,749.50 | 81,898.02 |
| 03/27/19 | 1020 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 03/27/19 | 3420-000 |  | 62.04 | 81,835.98 |
| 03/27/19 | 1021 | CAROLYN A. DYE | TRUSTEE COMPENSATION; PAID PURSUANT TO ORDER ENTERED 03/27/19 | 2100-000 |  | 55,000.00 | 26,835.98 |
| 12/12/19 |  | Trsf To AXOS BANK | TRANSFER RE CHANGE OF BANK | 9999-000 |  | 26,835.98 | 0.00 |
|  |  | COLUMN TOTALS |  |  | 1,399,107.06 | 1,399,107.06 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 26,835.98 |  |
|  |  | Subtotal |  |  | 1,399,107.06 | 1,372,271.08 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $1,399,107.06 | $1,372,271.08 |  |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Form 2     Exhibit 9

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 17-10301 | Trustee Name: | CAROLYN A. DYE (002170) |
|---|---|---|---|
| Case Name: | TEMPLE CB, LLC | Bank Name: | Axos Bank |
| Taxpayer ID #: |  | Account #: | ********0144 Checking Account |
| For Period Ending: | 11/23/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/12/19 |  | Trsf In From UNION BANK | TRANSFER RE CHANGE OF BANK | 9999-000 | 26,835.98 |  | 26,835.98 |
| 01/23/20 | 7001 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM (01/04/20 - 01/04/21; BOND NO. 016030866); PAID PURSUANT TO LBR 2016-2(b)(1) | 2300-000 |  | 17.84 | 26,818.14 |
| 04/08/20 | 7002 | UNITED STATES TREASURY;Reverses Check # 7002 | VOIDED; VOID CHECK 7002 Voided on 04/22/2020 | 7100-004 |  | 975.11 | 25,843.03 |
| 04/08/20 | 7003 | FRANCHISE TAX BOARD;Reverses Check # 7003 | VOIDED; VOID CHECK 7003 Voided on 04/22/2020 | 2820-004 |  | 800.00 | 25,043.03 |
| 04/22/20 | 7002 | UNITED STATES TREASURY;Reverses Check # 7002 | VOIDED; VOID CHECK 7002 Voided: check issued on 04/08/2020 | 7100-004 |  | -975.11 | 26,018.14 |
| 04/22/20 | 7003 | FRANCHISE TAX BOARD;Reverses Check # 7003 | VOIDED; VOID CHECK 7003 Voided: check issued on 04/08/2020 | 2820-004 |  | -800.00 | 26,818.14 |
| 11/02/20 | 7004 | UNITED STATES TREASURY |  | 7100-000 |  | 970.44 | 25,847.70 |
| 11/02/20 | 7005 | U.S. CONSTRUCTION HOLDINGS;Reverses Check # 7005 | FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 7 NOT CASHED, NOT RETURNED; PAYMENT STOPPED 02/10/21; STOP PAYMENT ON CHECK 7005 Stopped on 02/09/2021 | 7200-005 |  | 2,505.64 | 23,342.06 |
| 11/02/20 | 7006 | UW INTERNATIONAL CORP.;Reverses Check # 7006 | FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 8 NOT CASHED, NOT RETURNED; PAYMENT STOPPED 02/10/21; STOP PAYMENT ON CHECK 7006 Stopped on 02/09/2021 | 7200-005 |  | 4,511.09 | 18,830.97 |
| 11/02/20 | 7007 | TRC INTERNATIONAL CORP.;Reverses Check # 7007 | FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 9 NOT CASHED, NOT RETURNED; PAYMENT STOPPED 02/10/21; STOP PAYMENT ON CHECK 7007 Stopped on 02/09/2021 | 7200-005 |  | 4,830.88 | 14,000.09 |
| 11/02/20 | 7008 | FRANCHISE TAX BOARD |  | 2820-000 |  | 800.00 | 13,200.09 |
| 11/02/20 | 7009 | U.S. BANKRUPTCY COURT |  | 2700-000 |  | 350.00 | 12,850.09 |
| 11/02/20 | 7010 | DUMAS & KIM, APC |  | 3210-000 |  | 3,673.00 | 9,177.09 |
| 11/02/20 | 7011 | DUMAS & KIM, APC | ATTORNEY FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 10/30/20 | 3220-000 |  | 12.10 | 9,164.99 |
| 11/02/20 | 7012 | CAROLYN A. DYE |  | 2100-000 |  | 8,847.29 | 317.70 |
| 11/02/20 | 7013 | CAROLYN A. DYE | TRUSTEE EXPENSES; PAID PURSUANT TO ORDER ENTERED 10/30/20 | 2200-000 |  | 317.70 | 0.00 |
| 02/09/21 | 7005 | U.S. CONSTRUCTION HOLDINGS;Reverses Check # 7005 | FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 7 NOT CASHED, NOT RETURNED; PAYMENT STOPPED 02/10/21; STOP PAYMENT ON CHECK 7005 Stopped: check issued on 11/02/2020 | 7200-005 |  | -2,505.64 | 2,505.64 |

Page Subtotals:     $26,835.98     $24,330.34

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Case 2:17-bk-10301-BR    Doc 219    Filed 12/20/21    Entered 12/20/21 16:00:10    Desc
Main Document    Page 17 of 18

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| Case No.: | 17-10301 | Trustee Name: | CAROLYN A. DYE (002170) |
|---|---|---|---|
| Case Name: | TEMPLE CB, LLC | Bank Name: | Axos Bank |
| Taxpayer ID #: | | Account #: | ********0144 Checking Account |
| For Period Ending: | 11/23/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/09/21 | 7006 | UW INTERNATIONAL CORP.;Reverses Check # 7006 | FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 8 NOT CASHED, NOT RETURNED; PAYMENT STOPPED 02/10/21; STOP PAYMENT ON CHECK 7006  Stopped: check issued on 11/02/2020 | 7200-005 | | -4,511.09 | 7,016.73 |
| 02/09/21 | 7007 | TRC INTERNATIONAL CORP.;Reverses Check # 7007 | FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 9 NOT CASHED, NOT RETURNED; PAYMENT STOPPED 02/10/21; STOP PAYMENT ON CHECK 7007  Stopped: check issued on 11/02/2020 | 7200-005 | | -4,830.88 | 11,847.61 |
| 02/23/21 | 7014 | TRC INTERNATIONAL CORP.;Reverses Check # 7014 | FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 9; Stop Payment Reversal STOP PAYMENT  Stopped on 06/07/2021 | 7200-005 | | 4,830.88 | 7,016.73 |
| 06/07/21 | 7014 | TRC INTERNATIONAL CORP.;Reverses Check # 7014 | FINAL DISTRIBUTION ON TARDILY FILED GENERAL UNSECURED CLAIM NO. 9; Stop Payment Reversal STOP PAYMENT  Stopped: check issued on 02/23/2021 | 7200-005 | | -4,830.88 | 11,847.61 |
| 10/25/21 | 7015 | UNITED STATES BANKRUPTCY COURT | DIVIDENDS REMITTED TO THE COURT ITEM # CLAIM # DIVIDEND ========================= ======== 7 07 2,505.64 8 08 4,511.09 9 09 4,830.88 | | | 11,847.61 | 0.00 |
| | | U.S. CONSTRUCTION HOLDINGS | Tardy General Unsecured 726(a)(3)  $2,505.64 | 7200-001 | | | |
| | | UW INTERNATIONAL CORP. | Tardy General Unsecured 726(a)(3)  $4,511.09 | 7200-001 | | | |
| | | TRC INTERNATIONAL CORP. | Tardy General Unsecured 726(a)(3)  $4,830.88 | 7200-001 | | | |
| | | **COLUMN TOTALS** | | | **26,835.98** | **26,835.98** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 26,835.98 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **26,835.98** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$26,835.98** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 7

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** 17-10301 | | **Trustee Name:** | CAROLYN A. DYE (002170) |
| **Case Name:** TEMPLE CB, LLC | | **Bank Name:** | Axos Bank |
| **Taxpayer ID #:** | | **Account #:** | ********0144 Checking Account |
| **For Period Ending:** 11/23/2021 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6526 Checking Account | $1,399,107.06 | $1,372,271.08 | $0.00 |
| ********0144 Checking Account | $0.00 | $26,835.98 | $0.00 |
| | $1,399,107.06 | $1,399,107.06 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)